# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) |
| V. | ) Case No.: 20-cv-00840 |
| | ) |
| PEACE VILLAGE, an Illinois corporation, and MELANIE HAMPTON, | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, United States Fire Insurance Company, ("U.S. Fire"), through its undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56(a), for summary judgment in its favor and against Defendants Peace Village and Melanie Hampton. U.S. Fire submits its Memorandum of Law in Support of Its Motion for Summary Judgment, which is fully incorporated by reference herein.

WHEREFORE, United States Fire Insurance Company respectfully requests this Court to enter summary judgment in its favor and against Defendants Peace Village and Melanie Hampton and provide such further relief as may be just and proper.

Dated: February 1, 2021

    Respectfully Submitted,
    UNITED STATES FIRE INSURANCE COMPANY

    s/James J. Hickey
    James J. Hickey (Illinois Bar No. 6198334)
    james.hickey@kennedyslaw.com
    Sean M. Phillips (Illinois Bar No. 6317897)
    sean.phillips@kennedyslaw.com
    KENNEDYS CMK LLP
    100 North Riverside Plaza, Suite 2100
    Chicago, Illinois 60606
    Phone: (312) 800-5000    Fax: (312) 207-2110