# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States Fire Insurance Company

                           Plaintiff,

v.                                             Case No.: 1:20−cv−00840

                                             Honorable John F. Kness

Peace Village, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

      MINUTE entry before the Honorable John F. Kness: The hearing set for 8/30/2021 is stricken. Plaintiff's motion for summary judgment is fully briefed. Ruling to issue by mail. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.